TIMMONS v. N.C. DEPT. OF TRANSPORTATION

No. 377PA96

Case below: 123 N.C. App. 456

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 November 1996.

WILLIAM C. VICK CONSTRUCTION CO. v.
  N.C. FARM BUREAU FEDERATION

No. 372P96

Case below: 123 N.C. App. 97

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.